RALPH NADER ET AL. *v.* PAUL B. ALTERMATT ET AL.

The motion to dismiss the appeal of Margaret Curtin by defendants International Telephone and Telegraph Corporation and Hartford Fire Insurance Company from the Superior Court in Hartford County is denied without prejudice to argument, at the time of the appeal, of the issue raised by the motion.

*Joseph P. Cooney,* for the appellees (defendants International Telephone and Telegraph Corporation et al.).

*Dwight O. Schweitzer* and *Bruce Mayor,* for the appellants (defendants).

Argued October 11—decided October 11, 1973

DEVON ASSOCIATION, INC. *v.* THE PLANNING AND ZONING BOARD OF THE CITY OF MILFORD

The plaintiff's petition for certification for appeal from the Court of Common Pleas in New Haven County is denied.

*Anthony I. Wells,* in support of the petition.
*Richard H. Lynch,* in opposition.

Submitted October 9—decided October 11, 1973

JOSEPH T. GORMLEY, JR., STATE'S ATTORNEY FOR THE COUNTY OF FAIRFIELD *v.* NICHOLAS A. PANUZIO, MAYOR OF BRIDGEPORT, ET AL.

The plaintiff's motion to expedite the appeal from the Superior Court in Fairfield County is denied.

*Edward F. Kunin,* in support of the motion.